# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE L. LUCIO,
                        Appellant,
            vs.
JO GENTRY, WARDEN; AND THE
STATE OF NEVADA,
                        Respondents.

No. 75444

FILED

JUN 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; James Crockett, Judge.

On May 14, 2018, the district court issued an order directing respondents to file a response to appellant's petition. Thus, the May 14, 2018, order is not a final order, and appellant's notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:   Hon. James Crockett, District Judge
      Jesse L. Lucio
      Attorney General/Carson City
      Eighth District Court Clerk